**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

Case No.
Circuit Court Case No. 2024-CA-001854

NALANI, LLC,

      Plaintiff,

vs.

NATIONWIDE INSURANCE
COMPANY OF AMERICA,

      Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW, NATIONWIDE INSURANCE COMPANY OF AMERICA ("NATIONWIDE"), named as Defendant in the within cause of action, by and through undersigned counsel, and, pursuant to 28 U.S.C. §§ 1446, 1441(b), and 1332, files this Notice of Removal, and, in support hereof, states as follows:

1.     Plaintiff, NALANI, LLC (hereinafter, "PLAINTIFF"), commenced this action (concerning a first-party property damage coverage dispute) on October 31, 2024 in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida; the Circuit Court action was assigned Case Number 2024-CA-001854.  A copy of the Summons, Complaint, and such other papers or exhibits as are required by the Local Rule 7.2 of this Court, are filed herewith, as Exhibit "A."

1

2.      The Notice of Service of Process reflects service of process in the State Court action upon NATIONWIDE on date November 12, 2024. *Refer to*, Exhibit. "A."

3.      28 U.S.C. § 1332 provides, in relevant part, as follows:

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between---

(1) citizens of different States;….

4.      By way of Paragraph 1 of PLAINTIFF'S Complaint, PLAINTIFF alleges that, "[t]his is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of attorney's fees, pre-judgment interest, and costs." *Refer to*, Complaint, Exhibit "A."

5.      Prior to filing suit, PLAINTIFF served the attached Notice of Intent to Initiate Litigation, and stated that the Notice was being provided following a denial of coverage and that the estimate of damages is $162,685.00. *Refer to,* Notice of Intent to Initiate Litigation attached hereto as Exhibit "B." NATIONWIDE did, in fact, disclaim coverage for the Claim underlying PLAINTIFF's suit, and no benefits were tendered under the Policy in consideration of the Claim.

6.      In view of the foregoing, and in accordance with 28 U.S.C. § 1446(c)(2)(A)(ii), NATIONWIDE asserts that the amount in controversy in this case is in excess of $75,000.00, and the amount-in-controversy requirement of 28 U.S.C. § 1332 is satisfied.

2

7.    PLAINTIFF, at Paragraph 2 of its Complaint, states it owns property in Florida. *See*, Exhibit "A," Complaint. Records maintained by Florida's Department of State indicate that NALANI, LLC, is a Florida limited liability company incorporated in the State of Florida, and at all times materials to its Complaint, has maintained its principal address at 4708 Capital Circle NW, Tallahassee, Leon County, Florida 32303-7217, with four (4) members, Behzad Ghazvini, Mehran Ghazvini, Jason A. Ghazvini, and Justin R. Ghazvini. *Refer to*, Records at Exhibit "C." A limited liability company is a citizen of any state of which a member is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC*, 374 F. 3d 1020 (11th Cir. 2004). Records maintained by the Leon County Property Appraiser indicate that Behzad Ghazvini currently owns and has a homestead exemption for residential property at 2646 Millstone Plantation Road, Tallahassee, Leon County, Florida 32313; Mehran Ghazvini currently owns and has a homestead exemption for residential property at 4542 Highgrove Road, Tallahassee, Leon County, Florida 32309; and Jason Ghazvini currently owns residential property at 597 Meadow Ridge Drive, Tallahassee, Leon County, Florida 32312 (though it is not evident that a homestead exemption has been claimed for this property). *Refer to,* Property Appraiser Records at Composite Exhibit "D." A search of Florida Driver License Records through LexisNexis indicates that Justin Ghazvini maintains an address at 2515 Capstone Drive, Tallahassee, Leon County, Florida 32312. *Refer to* Florida Driver License Records search through LexisNexis, at Exhibit "E." On the basis of

publicly-available records, NATIONWIDE is informed, and believes, that all members of Plaintiff limited liability company reside in, and are citizens of, the State of Florida. *Refer to*, Exhibits "C," "D," and "E."

8.      NATIONWIDE is a corporation duly organized and existing under the laws of the State of Ohio, with its principal place of business in the State of Iowa, and is a citizen of only the States of Ohio and Iowa. (Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business….".)

9.      There is complete diversity of citizenship in this case.

10.     The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

11.     The within Notice of Removal is being filed within thirty (30) days of the receipt of other paper from which it was first ascertained that the case is one which is or has become removable by NATIONWIDE, and is, therefore, timely under 28 U.S.C. § 1446.

12.     Removal to the Tallahassee Division of the United States District Court for the Northern District of Florida is proper, under 28 U.S.C. § 1441(a), as the State Court action was initiated by PLAINTIFF in Leon County, Florida, which is located within this District/Division.

13.     Undersigned counsel for NATIONWIDE certifies that she will file a copy of the Notice of Removal with the Clerk of Court for Leon County, Florida, and will give notice of same to Plaintiff's counsel, Damian S. Sullivent, Esquire, Frederick W. Nessler & Associates, dsullivent@nesslerlaw.com; smullins@nesslerlaw.com.

**WHEREFORE**, NATIONWIDE prays for removal of this cause of action to the United States District Court for the Northern District of Florida (Tallahassee Division), and for a stay of all proceedings in the State Circuit Court action.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 12th day of December, 2024, a true and correct copy of the foregoing, with Exhibits, has been electronically filed *via* the CM/ECF Portal in the Northern District of Florida – Tallahassee Division, which will generate a notice of filing to Plaintiff's counsel, Damian S. Sullivent, Esquire, Frederick W. Nessler &

Associates, dsullivent@nesslerlaw.com; smullins@nesslerlaw.com.

Wilson Elser Moskowitz Edelman & Dicker LLP

By: /s/*Julia G. Young*
JULIA G. YOUNG, ESQUIRE
Florida Bar No.: 94334
julia.young@wilsonelser.com
susan.baughman@wilsonelser.com
heather.sadusky@wilsonelser.com
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 203-7599
Facsimile: (407) 648-1376
Attorneys for Defendant,
Nationwide Insurance Company of America

JGY:hs