## Property Insurance Notice of Intent to Initiate Litigation

| | |
|---|---|
| Notice Number: | **203634** |
| Notice Accepted: | **8/7/2024 8:59:30 AM** |

☑ **The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.**

### Claimant (Insured filing suit under a residential or commercial insurance policy)

| | |
|---|---|
| Name: | **Nalani, LLC** |
| Street Address: | **2870 Apalachee Parkway** |
| City, State Zip: | **Tallahassee, FL 32301** |
| Email Address: | **jughazvini@teampcg.com** |
| Claimant Type: | |
| Policy Number: | **ACP CPPZ3160441147** |
| Claim Number: | **566930-GP** |

### Attorney

| | |
|---|---|
| Name: | **Damian Sullivent** |
| Street Address: | **1600 West Bay Drive** |
| City, State Zip: | **Largo, FL 33770** |
| Email Address: | **dsullivent@nesslerlaw.com** |
| Florida Bar #: | **1002853** |
| Firm Name: | **The Law Offices of Frederick W. Nessler & Associates** |
| Role on Claim: | **Represent Insured** |

**\*** Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.

| Notice Details |
|---|
| Insurer Name: |
| **NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA(26093)** |
| **\*** Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at [www.sunbiz.org](www.sunbiz.org), or the Office of Insurance Regulation website at [www.companysearch.myfloridacfo.gov](www.companysearch.myfloridacfo.gov) to search for an insurer's name. |
| The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission. |
| Alleged Acts or Omissions of the Insurer: |
| **On or about June 21, 2023, Claimant's property was damaged by hail and wind. Claimant timely reported to the loss to its Insurer, Nationwide Affinity Insurance Company of American ("Nationwide"). Unfortunately, after a brief inspection, Nationwide wrongfully denied Claimant's claim. Claimant has made numerous attempts to have Nationwide reverse its denial -- to no avail. Given the aforementioned, Claimant's are left with no other alternative but to file this Notice and proceed with litigation. A copy of this Notice has been provided to Claimant pursuant to Fla. Stat. 627.70152.** |
| This Notice is being provided following a denial of coverage. |
| Estimate of Damages:     **$162,685.00** |

| Attachments |
|---|
| No attachments uploaded |